No. 87–5346.   BROOKTER v. UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–5347.   PAYNE v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.

No. 87–5348.   PLEBAN v. JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–5349.   MURRAY v. PLAUT, ADMINISTRATOR, MAXIMUM SECURITY FACILITY, LORTON, VIRGINIA.   C. A. D. C. Cir.   Certiorari denied.

No. 87–5352.   ALI v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–5370.   EVANS v. UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 87–5384.   GREEN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–5392.   POWELL v. DALTUVA ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–5405.   McEVOY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5406.   HILL v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–5415.   VANDESTEEG ET AL. v. UNITED STATES; and
No. 87–5422.   VALDEZ v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–5416.   DIANA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5421.   BATTLE v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–5426.   SCHASTOK v. TIME INC.   C. A. 2d Cir.   Certiorari denied.